KARA B. HENDRICKS, ESQ.
Nevada Bar No. 7743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
  rabeb@gtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN Limited, a United Kingdom limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> KILO CLUB, LLC, a Nevada limited liability company, <br><br> Defendant. | Case No.: 2:22-cv-01695-APG-EJY <br><br> **STIPULATION AND PROPOSED ORDER TO EXTEND DEADLINE TO FILE MOTION FOR FEES** <br><br> [FIRST REQUEST] |

Plaintiff HAKKASAN LIMITED ("Hakkasan"), by and through its counsel, the law firm of Greenberg Traurig, LLP, and Defendant KILO CLUB, LLC, by and through its counsel, FisherBroyles, LLP, hereby stipulate to extend the deadline for Hakkasan to file its motion for attorneys' fees relating to the entry of default by 21 days. This is the first stipulation to extend this deadline.

Specifically, this Court previously ordered that Hakkasan file its motion for attorneys' fees relating to the entry of default by May 26, 2023. *See* ECF No. 19. The parties have begun settlement discussions and are hopeful that they will reach a settlement of this dispute that will obviate the need for the motion. As such, to conserve the parties' and the Court's resources in light of the possibility that this case will settle and render the attorneys' fees issue moot, the parties hereby stipulate to a 21-day extension of the

1

*ACTIVE 687700457v1*

aforementioned deadline.  The parties agree that Hakkasan will have until **June 16, 2023** to file its motion, if necessary.

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 24th day of May, 2023. | DATED this 24th day of May, 2023. |
| **GREENBERG TRAURIG, LLP** | **FISHERBROYLES LLP** |
| /s/ Kara B. Hendricks | /s/ Rob L. Phillips |
| Kara B. Hendricks, Esq. | Rob L. Phillips, Esq. |
| Nevada Bar No. 07743 | Nevada Bar No. 08225 |
| Bethany L. Rabe, Esq. | 3753 Howard Hughes Parkway |
| Nevada Bar No. 11691 | Suite 200 |
| 10845 Griffith Peak Drive, Suite 600 | Las Vegas, Nevada  89169 |
| Las Vegas, Nevada  89135 | ***Counsel for Defendant Kilo Club LLC*** |
| ***Counsel for Plaintiff Hakkasan Limited*** | |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 25, 2023

*ACTIVE 687700457v1*