KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:    hendricksk@gtlaw.com
          rabeb@gtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN Limited, a United Kingdom limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILO CLUB, LLC, a Nevada limited liability company,<br><br>    Defendant. | Case No. 2:22-cv-01695-APG-EJY |

## STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY DEADLINES
[SECOND REQUEST]

Plaintiff HAKKASAN LIMITED ("Hakkasan"), by and through its counsel, the law firm of Greenberg Traurig, LLP, and Defendant KILO CLUB, LLC, by and through its counsel, FisherBroyles, LLP, hereby stipulate to extend remaining discovery deadlines by sixty (60) days. This is the second stipulation to extend these deadlines.

/ / /

/ / /

/ / /

/ / /

1

Specifically, the parties are in the process of finalizing settlement documents and collecting signatures.  However the process has been delayed because the principal for Defendant is currently out the country.  As such, to conserve the parties' resources that would be immediately incurred with depositions and retaining expert expenses, the parties hereby stipulate to a 60-day extension of the remaining discovery deadlines.  Pursuant to LR 26-3, the parties state as follows:

**A.    A Statement Specifying the Discovery Completed.**

The parties have exchanged initial disclosures.  Hakkasan has served one round of written discovery, which includes requests for admissions, interrogatories, and requests for production of documents.  Kilo Club has not responded to this written discovery.

**B.    A Specific Description of the Discovery That Remains to be Completed.**

This matter is relatively early in the discovery process; nearly four months remain in the overall discovery period.  If this case is not resolved, the parties anticipate completing written discovery and taking depositions of relevant witnesses including the deposition of Jea Jung, and retaining experts and taking expert depositions.

**C.    The Reasons Why the Deadline was Not Satisfied.**

The parties recently stipulated to (and this Court then ordered) an extension of deadlines to focus on settlement.  The parties did not take any discovery during that time as they were focused on finalizing and documenting their agreement.  This further extension would allow that process to continue and account for any delays relating to the upcoming holidays.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

D.  A Proposed Schedule for Completing All Remaining Discovery.

The parties propose the following deadlines:

| EVENT | CURRENT DEADLINE | NEW DEADLINE |
|---|---|---|
| Amendment of Pleadings and Adding Parties | September 13, 2023 | CLOSED |
| Expert Disclosure | December 12, 2023 | February 10, 2024 |
| Rebuttal Expert Disclosure | January 12, 2024 | March 12, 2024 |
| Close of Discovery | February 12, 2024 | April 1, 2024 |
| Dispositive Motions | March 11, 2024 | May 10, 2023 |

This stipulation is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 21st day of November, 2023.

**GREENBERG TRAURIG, LLP**

/s/ Kara B. Hendricks

Kara B. Hendricks, Esq.
Nevada Bar No. 07743
Bethany L. Rabe, Esq.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada  89135
***Counsel for Plaintiff Hakkasan Limited***

DATED this 21st day of November, 2023.

**FISHERBROYLES LLP**

/s/ Rob L. Phillips

Rob L. Phillips, Esq.
Nevada Bar No. 08225
3753 Howard Hughes Parkway
Suite 200
Las Vegas, Nevada  89169
***Counsel for Defendant Kilo Club LLC***

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:   November 21, 2023