GALLIAN WELKER & ASSOCIATES, L.C.
Nathan E. Lawrence, NBN 15060
730 Las Vegas Blvd. S., Ste. 104
Las Vegas, Nevada 89101
Telephone: (702) 892-3500
Facsimile: (702) 386-1946
nlawrence@vegascase.com
*Attorneys for Defendant Kilo Club, LLC*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN Limited, a United Kingdom limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>KILO CLUB, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:22-cv-01695-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION TO ENFORCE SETTLEMENT, OR IN THE ALTERNATIVE, REINSTATE DEFAULT [ECF Nos. 37, 38]**<br><br>**(First Request)** |

Pursuant to Local Rules IA 6-1 and IA 6-2, Defendant KILO CLUB, LLC ("Defendant") by and through its attorneys of the law firm of GALLIAN WELKER & ASSOCIATES, L.C., and Plaintiff HAKKASAN Limited, by and through its attorneys of the law firm of GREENBERG TRAURIG, LLP, hereby stipulate to a two-week extension of time up to and including January 8, 2024, for Defendant to file its responses to each of Plaintiff's Motion to Enforce Settlement [ECF No. 37], or in the alternative, Motion to Reinstate Default [ECF No. 38]. The present deadline for the respective responses is December 25, 2023. This is the parties' first request for an extension of time for Defendant to file its responses.

Good cause exists to extend the response deadline. Defendant has been compelled to retain new counsel in this matter, who was just retained and first entered notice of appearance in

this matter on December 22, 2023, and the holiday season renders a more timely response impracticable. Additionally, Defendant's counsel is presently pending receipt of funds to effect payment to Plaintiff's counsel for $5,917.12, in compliance with the Court's October 2, 2023, Order [ECF No. 34]. Upon payment to Plaintiff's counsel, which payment is anticipated on or before December 29, 2023, Plaintiff's Motion to Reinstate Default [ECF No. 38] will be mooted. Accordingly, the parties stipulate to, and respectfully request, a two-week extension of time up to and including January 8, 2024, for Defendant to file its required response(s).

**IT IS SO STIPULATED.**

DATED this 22ⁿᵈ day of December 2023.      DATED this 22ⁿᵈ day of December 2023.

**GALLIAN WELKER & ASSOCIATES, L.C.**      **GREENBERG TRAURIG, LLP**

_____              /s/ Kara B. Hendricks
Nathan E. Lawrence, Esq.                   KARA B. HENDRICKS, ESQ.
Nevada Bar No. 15060                       Nevada Bar No. 07743
730 Las Vegas Blvd. S., Ste. 104           BETHANY L. RABE, ESQ.
Las Vegas, Nevada 89101                    Nevada Bar No. 11691
Telephone: (702) 892-3500                  10845 Griffith Peak Drive, Suite 600
Facsimile: (702) 386-1946                  Las Vegas, Nevada 89135
nlawrence@vegascase.com                    Telephone: (702) 792-3773
*Attorneys for Defendant Kilo Club, LLC*   Facsimile: (702) 792-9002
                                           Email: hendricksk@gtlaw.com
                                                  rabeb@gtlaw.com
                                           *Attorneys for Plaintiff Hakkasan Limited*

**IT IS SO ORDERED.**

DATED: December 22, 2023

_____
UNITED STATES MAGISTRATE JUDGE