UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HAKKASAN LIMITED, a United Kingdom limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KILO CLUB, LLC, a Nevada limited liability company,<br><br>Defendant. | Case No. 2:22-cv-01695-APG-EJY<br><br>**ORDER** |
|---|---|

Pending before the Court is FisherBoyles, LLP's Motion to Withdraw as Counsel of Record for Kilo Club, LLC. ECF No. 45. In the Motion, FisherBoyles makes clear that Kilo Club has retained new counsel who has appeared in this case. *Id*. at 2. The Court confirmed this fact through a review of the docket. ECF No. 42. Thus, the Court finds the Motion to Withdraw as Counsel can be granted without risk of a material adverse effect on Kilo Club, and FisherBoyle demonstrates good cause for the withdrawal it seeks. *See* Nevada Rule of Professional Conduct 1.16 and LR IA 11-6.

Accordingly, IT IS HEREBY ORDERED that FisherBoyles, LLP's Motion to Withdraw as Counsel of Record for Kilo Club, LLC (ECF No. 45) is GRANTED.

Dated this 27th day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1