KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email:    hendricksk@gtlaw.com
          rabeb@gtlaw.com

*Counsel for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN Limited, a United Kingdom limited liability company,<br><br>                          Plaintiff,<br><br>          vs.<br><br>KILO CLUB, LLC, a Nevada limited liability company,<br><br>                          Defendant. | Case No. 2:22-cv-01695-APG-EJY<br><br>**STIPULATED ~~[PROPOSED]~~ DISCOVERY PLAN AND SCHEDULING ORDER** [FOURTH REQUEST] |

Pursuant to this Court's order dated May 7, 2024 (ECF No. 70), Plaintiff HAKKASAN LIMITED ("Hakkasan"), by and through its counsel, the law firm of Greenberg Traurig, LLP, and Defendant KILO CLUB, LLC ("Kilo Club") by and through its counsel, Darkhorse Attorneys, hereby stipulate to the following discovery plan and scheduling order.

U̲N̲D̲E̲R̲L̲I̲N̲E̲B̲A̲C̲K̲G̲R̲O̲U̲N̲D̲:   When this Court granted Defendant's motion to withdraw its deemed admissions, this Court reopened discovery for a period of ninety (90) days from the date that the parties would meet and confer to prepare an amended discovery plan and scheduling order.  The parties met and conferred on May 16, 2024.  Kara Hendricks, of Greenberg Traurig, LLP, attended on behalf of Plaintiff Hakkasan, and Andrew Connors and Nathan Lawrence attended on behalf of Defendant Kilo Club.

ADMIN 697522825v1

*Greenberg Traurig, LLP*
*10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135*
*(702) 792-3773   (702) 792-9002 (fax)*

The parties agreed as follows:

AMENDED SCHEDULE:

| EVENT | PROPOSED DEADLINE |
|---|---|
| Amendment of Pleadings and Adding Parties | CLOSED |
| Exchange of Documents Relating to Damages | June 17, 2024 |
| Expert Disclosure | July 1, 2024 |
| Rebuttal Expert Disclosure | July 31, 2024 |
| Close of Discovery | August 14, 2024 |
| Dispositive Motions | September 30, 2024 |
| Responses to Dispositive Motions | October 21, 2024 |
| Replies in Support of Dispositive Motions | November 4, 2024 |

The parties stipulate that Hakkasan's pending motion for summary judgment (ECF No. 53), which was based upon Defendant's deemed admitted requests for admissions, is withdrawn without prejudice due to the Court granting Defendant's motion to withdraw its deemed admissions.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773    (702) 792-9002 (fax)

This stipulation amends the current discovery plan and scheduling order. Matters not addressed herein shall be governed by the prior discovery plan and scheduling order.

**IT IS SO STIPULATED.**

DATED this 20th day of May, 2024.

**GREENBERG TRAURIG, LLP**

*/s/ Bethany L. Rabe*
_____
Kara B. Hendricks, Esq.
Nevada Bar No. 07743
Bethany L. Rabe, Esq.
Nevada Bar No. 11691
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Counsel for Plaintiff Hakkasan Limited*

DATED this 20th day of May, 2024.

**DARKHORSE ATTORNEYS**

*/s/ Andrew P. Connors*
_____
Andrew P. Connors, Esq.*
*Admitted Pro Hac Vice*
Virginia Bar No. 80248
119 Tradewynd Drive, Suite B
Lynchburg, Virginia 24502

**GALLIAN WELKER & ASSOCIATES**
Nathan E. Lawrence, Esq.
Nevada Bar No. 15060
730 Las Vegas Boulevard South
Suite 104
Las Vegas, Nevada 89101

*Counsel for Defendant Kilo Club LLC*

## ORDER

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:   May 21, 2024

Greenberg Traurig, LLP
10845 Griffith Peak Drive, Suite 600, Las Vegas, Nevada 89135
(702) 792-3773   (702) 792-9002 (fax)

ADMIN 697522825v1