# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN Limited,<br><br>   Plaintiff<br><br>v.<br><br>KILO CLUB, LLC,<br><br>   Defendant | Case No.: 2:22-cv-01695-APG-EJY<br><br>**ORDER DENYING MOTIONS AS MOOT**<br><br>[ECF Nos. 54, 66] |

In light of the parties' notice of settlement (ECF No. 73),

I ORDER that the pending motions **(ECF Nos. 54, 66) are DENIED as moot**, without prejudice to refiling them if the settlement does not finalize.

DATED this 21st day of August, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE