KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
BETHANY L. RABE, ESQ.
Nevada Bar No. 11691
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: hendricksk@gtlaw.com
rabeb@gtlaw.com

*Counsel for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LIMITED, a United Kingdom limited liability company, | CASE NO. 2:22-cv-01695-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| KILO CLUB, LLC, a Nevada limited liability company, | |
| Defendant. | |

Plaintiff HAKKASAN Limited, a United Kingdom limited liability company, by and through its counsel of record, Greenberg Traurig, LLP, and Defendant KILO CLUB, INC., a Nevada limited liability company, by and through its counsel of record, Darkhorse

. . .
. . .
. . .
. . .
. . .
. . .

1

ACTIVE 703514406v1

1  Law PLLC, hereby stipulate and request that the Court dismiss this action in its entirety,
2  with prejudice, with each party to bear its own fees and costs.
3       **IT IS SO STIPULATED.**

4  Dated this 30th of October 2024                    Dated this 30th of October 2024
5  DARKHORSE LAW PLLC                                 GREENBERG TRAURIG, LLP

6  /s/ Andrew P. Connors                              /s/ Bethany L. Rabe
7  ANDREW P. CONNORS, ESQ.*                           KARA B. HENDRICKS, ESQ.
   *admitted pro hac vice                             Nevada Bar No. 07743
8  Virginia Bar No. 80248                             BETHANY L. RABE, ESQ.
9  119 Tradewynd Drive                                Nevada Bar No. 11691
   Suite B                                            10845 Griffith Peak Drive, Suite 600
10 Lynchburg, Virginia 24502                          Las Vegas, Nevada 89135

11 *Attorneys for Defendant Kilo Club,*               *Attorneys for Plaintiff*
12 *LLC*

13                                    **ORDER**

14       Upon review of the parties' stipulation, and with good cause appearing, **IT IS**
15 **HEREBY ORDERED** that this action is DISMISSED WITH PREJUDICE, with each
16 party to bear its own fees and costs.
17       **IT IS SO ORDERED**.

                                                     _____
                                                     UNITED STATES DISTRICT COURT JUDGE

                                                     DATED this  31st  day of  October , 2024.